FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DON LARSON and STACY
LARSON, individually and as the
marital community thereof,

Plaintiffs,

v.

STATE FARM FIRE AND
CASUALTY COMPANY, a foreign
insurance company,

Defendants.

NO. 2:25-CV-00222-RLP

ORDER ON STIPULATED MOTION
TO DISMISS

Before the Court is the parties' stipulated Motion to Dismiss, ECF No. 12.

The parties stipulate to the dismissal of this action. Pursuant to FRCP

41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a

stipulation of dismissal signed by all parties who have appeared. The stipulation is

signed by all parties who have appeared.

Accordingly, **IT IS ORDERED**:

1. The parties' stipulated Motion to Dismiss, **ECF No. 12**, is **GRANTED**.

ORDER ON STIPULATED MOTION TO DISMISS * 1

1    2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are

2    **DISMISSED** with prejudice, without an award of fees or costs.

3    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

4    Order, **close** the file, and provide copies to the parties.

5    DATED January 5, 2026.

7    REBECCA L. PENNELL
United States District Judge

ORDER ON STIPULATED MOTION TO DISMISS * 2